# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# OXFORD DIVISION

**HENRY COOPER**                                                         **PLAINTIFF**

**VS.**                             **CIVIL ACTION NO: 3:18-cv-00158-NBB-JMV**

**CITY OF CHARLESTON, MISSISSIPPI, ET AL.**           **DEFENDANTS**

## ORDER EXTENDING CMO DEADLINES

The trial having been continued to 12/9/19 by Order [36] dated 4/25/19, and the district judge having referred Plaintiff's request for an extension of the discovery and motions deadlines to the undersigned, it is

**ORDERED** that the discovery deadline is extended to 7/3/19, and the deadline for dispositive and *Daubert* motions is extended to 7/17/19.

This 25th day of April, 2019.

                                                          /s/ Jane M. Virden
                                                          UNITED STATES MAGISTRATE JUDGE