# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
### OXFORD DIVISION

**HENRY COOPER**                                                                       **PLAINTIFF**

**V.**                                                             **CAUSE NO. 3:18-CV-00158-NBB-JMV**

**CITY OF CHARLESTON,**
**MISSISSIPPI, ET AL.**                                                            **DEFENDANTS**

## ORDER

Pursuant to Plaintiff's unopposed motion [44] and consistent with the district judge's Order [45] and Notice [46] continuing the trial, the discovery deadline is extended to 9/3/19, and the deadline for *Daubert* and dispositive motions is extended to 9/17/19.

**SO ORDERED THIS**, the 10th day of July, 2019.

                                          /s/ Jane M. Virden
                                          UNITED STATES MAGISTRATE JUDGE